**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

Bloodsaw Theopric
            Plaintiff,
    et al.
vs.
Horel Robert A.
Yax M.D.
            Defendant.

CASE NO. CV 08 3156 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1    If the answer is "no," state the date of last employment and the amount of the gross and net
2    salary and wages per month which you received. (If you are imprisoned, specify the last
3    place of employment prior to imprisonment.)
4    *In the year of 2000 at San Quentin Sta-*
5    *te Prison I had no pay number. Prior to*
6    *that I'm disable and homeless (ADA)*

7    2.    Have you received, within the past twelve (12) months, any money from any of the
8    following sources:

9      a.    Business, Profession or      Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,      Yes ✓ No ___
12            or royalties?
13      c.    Rent payments?      Yes ___ No ✓
14      d.    Pensions, annuities, or      Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,      Yes ___ No ✓
17            Social Security or other govern-
18            ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount
20    received from each.
21    *$13.00 from my Aunt on 1-14-08 Serial*
22    *No. 200479669335*

23    3.    Are you married?      Yes ___ No ✓
24    Spouse's Full Name: _____
25    Spouse's Place of Employment: _____
26    Spouse's Monthly Salary, Wages or Income:
27    Gross $_____ Net $_____
28    4.    a.    List amount you contribute to your spouse's support:$ *N/A*

      b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_N/A_

5. Do you own or are you buying a home?     Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _N/A_     Utilities: _N/A_
Food: $ _N/A_     Clothing: _N/A_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

   N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-00752-JF-550, CV-04665-JF-555, CV-04200-JF-550

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-9-08                              T. Bloodsaw
DATE                                SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw  P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.98</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.98</u>.     (20%= $0.20)

Dated: 6/11/08                                    _____
                                                   Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030 .701                                                              REPORT DATE: 06/11/08
                                                                                    PAGE NO:      1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    PELICAN BAY STATE PRISON
                                  INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 11, 2008

ACCOUNT NUMBER : P20045                          BED/CELL NUMBER: BF08L 000000113L
ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT         ACCOUNT TYPE: I
PRIVILEGE GROUP: C
                                    TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE    DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----   ----    -----------       -------     ---------   --------    -----------    -------

12/01/2007      BEGINNING BALANCE                                                     0.00
  ACTIVITY FOR 2008
01/14*DD30  CASH DEPOSIT   2981  #138                      5.85                       5.85
01/15 W516  LEGAL COPY CH  3013                                          1.90         3.95
01/17 W512  LEGAL POSTAGE  3049                                          0.20         3.75
01/17 W512  LEGAL POSTAGE  3049                                          1.31         2.44
01/22 W513  MISC. CHARGES  3121                                          0.20         2.24
01/31 W919  REVERSE LEGAL  3295/3049                                     1.27-        3.51
01/31 W215  FEDERAL FILIN  3295 1/14                                     1.17         2.34
01/31 W212  FEDERAL FILIN  3295 1/14                                     1.17         1.17
01/31 W212  FEDERAL FILIN  3295 1/14                                     1.17         0.00
```
```
                                    CURRENT HOLDS IN EFFECT
    DATE         HOLD
    PLACED       CODE      DESCRIPTION                    COMMENT         HOLD AMOUNT
    ------       ----      -----------                    -------         -----------
    02/05/2008   H116      FEDERAL FILING FEE HOLD        3408 INI           0.30
```
```
                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                                CASE NUMBER: YA053506
COUNTY CODE: LA                                         FINE AMOUNT: $     250.00

    DATE     TRANS.    DESCRIPTION                      TRANS. AMT.      BALANCE
    ----     ------    -----------                      -----------      -------

12/01/2007   BEGINNING BALANCE                                            240.00

01/14/08    DR30       REST DED-CASH DEPOSIT                6.50-         233.50
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  pg 1 of 2
     TRUST OFFICE

```
                            PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 11, 2008

ACCT: P20045       ACCT NAME: BLOODSAW, THEOPRIC KENT        ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE        DEPOSITS      WITHDRAWALS   BALANCE       BALANCE      TO BE POSTED
 ----------     ----------    ----------    ----------    ----------   ------------
    0.00          5.85           5.85          0.00          0.30          0.00
```

|  |  |
|---|---|
|  | CURRENT AVAILABLE BALANCE |
|  | 0.30- |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  pg 2 of 2
    TRUST OFFICE



Bloodsaw Theopric #P20045
PBSP, BF-113
P.O. Box 7500
Crescent City, CA 95532

Confidential
Legal Mail

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

RECEIVED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of Calif.
ATTN: Clerk
450 Golden Gate Ave.
San Francisco, CA 94102

UNITED STATES POSTAGE
$ 00.59
PITNEY BOWES
02 1M
0004217666
MAILED FROM ZIP CODE 95531
JUN 19 2008